**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | October 20, 2025 | Jane K. Castro<br>Chief Deputy Clerk |

Angeliina Lynn Lawson
1914 5th Avenue
Leavenworth, KS 66048

RE:     No. 25-3158, *In re: Lawson*

Dear Petitioner,

This letter is in response to your *Rule 27.4 Status Inquiry Request*. The matter is still pending and will be decided in due course.

Please contact this office of you have questions.

Sincerely,

CHRISTOPHER M. WOLPERT, Clerk

CMW:sls